UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDNA WATKINS and EARNASTINE TATE,

Plaintiffs,

-v.-

HARLEM CENTER FOR NURSING AND REHABILITATION, LLC; THE ALLURE GROUP, INC.; and UNITY FUNERAL CHAPELS INC.,

Defendants.

20 Civ. 2919 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

There is currently an initial pretrial conference scheduled in this action for September 17, 2020. Given that Defendant Unity Funeral Chapels Inc. has still failed to appear in this action and Defendants Harlem Center for Nursing and Rehabilitation, LLC ("HCNR") and The Allure Group, Inc. have indicated a desire to move to dismiss, the Court does not believe that an initial pretrial conference is warranted at this time. The Court ADJOURNS *sine die* the initial pretrial conference, and will address Defendants HCNR's and The Allure Group's anticipated motion upon resolution of the pending Order to Show Cause. (Dkt. #31).

SO ORDERED.

Dated: September 8, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge