UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDNA WATKINS and EARNASTINE TATE,<br><br>Plaintiffs,<br><br>-v.-<br><br>HARLEM CENTER FOR NURSING AND REHABILITATION, LLC; THE ALLURE GROUP, INC.; and UNITY FUNERAL CHAPELS INC.,<br><br>Defendants. | 20 Civ. 2919 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 24, 2020, the Court ordered that Defendant Unity Funeral Chapels Inc. show cause on October 29, 2020, at 10:00 a.m., why default judgment should not be entered against it pursuant to Rule 55 of the Federal Rules of Civil Procedure (Dkt. #31). That hearing will proceed as scheduled telephonically. Both counsel and defendants shall appear telephonically for the conference. The dial-in information is as follows: At 10:00 a.m. on October 29, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 10:00 a.m.

SO ORDERED.

Dated: October 22, 2020
New York, New York

*Katherine Polk Failla*
_____
KATHERINE POLK FAILLA
United States District Judge