UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDNA WATKINS and ERNESTINE TATE,<br><br>                Plaintiffs,<br><br>           -v.-<br><br>HARLEM CENTER FOR NURSING AND REHABILITATION, LLC and UNITY FUNERAL CHAPELS, INC.,<br><br>                Defendants. | 20 Civ. 2919 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      Yesterday, the Court granted in part and denied in part Defendants' motions to dismiss the Second Amended Complaint, and ordered the parties to submit a case management plan on or before October 18, 2021. (Dkt. #62). Defendants are further ORDERED to submit their answers to the Second Amended Complaint on or before October 18, 2021.

      SO ORDERED.

Dated:  September 29, 2021
             New York, New York

                                                              KATHERINE POLK FAILLA
                                                              United States District Judge